FILED
6/30/2022 9:16 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18498267

FILED DATE: 6/30/2022 9:16 AM  2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JULIUS C. GARRETT, III., ) | |
| ) | No. 22 L 000397 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LGR TRUCKING INC., EDWARD D. ) | |
| SCHRODE and J.W. EXPRESS, INC. ) | |
| ) | |
| Defendants. ) | |

### AMENDED COMPLAINT AT LAW
### COUNT I

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER DICKER AND RUIZ, and complaining of the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, states as follows:

1. That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public roadway running in an easterly and westerly direction in the City of South Holland, County of Cook and State of Illinois.

2. That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C. GARRETT, III., operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

3. That on February 14, 2020, and at all times relevant hereto, the Defendant, LGR TRUCKING INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

4. That on February 14, 2020, and at all times relevant hereto the Defendant, EDWARD D. SCHRODE, operated a motor vehicle which was traveling in a westerly direction on 162nd Street

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

5. That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, LGR TRUCKING INC.

6. That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, LGR TRUCKING INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

7. That at all times relevant hereto, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

8. That at the time and place aforesaid, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

    a. Changed lanes when it was unsafe to do so;

    b. Changed lanes without activating his turn signal;

    c. Failed to keep a proper lookout for other vehicles on the roadway;

    d. Failed to keep their vehicle under control;

    e. Traveled at an excessive rate of speed;

    f. Traveled at a rate of speed that was too fast for weather and traffic conditions;

    g. Failed to adequately and properly maintain their vehicle in a safe condition;

      h.     Were otherwise careless and negligent.

9. That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, the Plaintiff, JULIUS C. GARRETT, III., was then and there injured, both internally and externally and was caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of which injuries are permanent; and that he has been and will in the future be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment against the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, in an amount in excess of THIRTY THOUSAND DOLLARS ($30,000.00) plus interest and costs of this suit.

### COUNT II

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER DICKER AND RUIZ, and complaining of the Defendants, J.W. EXPRESS, INC. and EDWARD D. SHRODE, and each of them, states as follows:

1. That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public roadway running in an easterly and westerly direction in the City of South Holland, County of Cook and State of Illinois.

2. That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C. GARRETT, III., operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

3. That on February 14, 2020, and at all times relevant hereto, the Defendant, J.W. EXPRESS, INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street

FILED DATE: 6/30/2022 9:16 AM 2022L000397

3

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

4. That on February 14, 2020, and at all times relevant hereto the Defendant, EDWARD D. SCHRODE, operated a motor vehicle which was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

5. That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, J.W. EXPRESS, INC.

6. That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, J.W. EXPRESS, INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

7. That at all times relevant hereto, the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

8. That at the time and place aforesaid, the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

    a. Changed lanes when it was unsafe to do so;

    b. Changed lanes without activating his turn signal;

    c. Failed to keep a proper lookout for other vehicles on the roadway;

    d. Failed to keep their vehicle under control;

    e. Traveled at an excessive rate of speed;

FILED DATE: 6/30/2022 9:16 AM 2022L000397

      f.      Traveled at a rate of speed that was too fast for weather and traffic conditions;

      g.      Failed to adequately and properly maintain their vehicle in a safe condition;

      h.      Were otherwise careless and negligent.

9. That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, the Plaintiff, JULIUS C. GARRETT, III., was then and there injured, both internally and externally and was caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of which injuries are permanent; and that he has been and will in the future be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment against the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, in an amount in excess of THIRTY THOUSAND DOLLARS ($30,000.00) plus interest and costs of this suit.

_____
STEVEN M. DICKER
Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 W. Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**