# EXHIBIT B

**Cook County**
## Clerk of the Circuit Court
**Electronic Docket Search**
Chancery, Domestic/Child Support, Civil and Law Divisions

| Case Information Summary for Case Number |
|---|
| 2022-L-000397 |

Filing Date: 01/13/2022        Case Type: Motor Vehicle - Non Jury
Division: Law Division        District: First Municipal
Ad Damnum: $0.00        Calendar: H

### Party Information

**Plaintiff(s)**        **Attorney(s)**
GARRETT, JULIUS C, III        DICKER, STEVEN MICHAEL

| Defendant(s) | Defendant Date of Service | Attorney(s) |
|---|---|---|
| J.W.EXPRESS INC | 02/09/2022 | TERWILLIGER, MICHAEL T. |
| LGR TRUCKING INC | 02/09/2022 | TERWILLIGER, MICHAEL T. |
| SCHRODE, EDWARD D | 02/09/2022 | TERWILLIGER, MICHAEL T. |

### Case Activity

Activity Date: 01/13/2022        Participant:

Personal Injury (Motor Vehicle) Complaint Filed

Activity Date: 01/13/2022        Participant:

Summons Issued And Returnable

Activity Date: 01/13/2022        Participant:

Summons Issued And Returnable

Activity Date: 01/13/2022        Participant:

New Case Filing

Activity Date: 02/04/2022        Participant:

Summons Served - Corporation/Company/Business

Activity Date: 02/09/2022        Participant: LGR TRUCKING INC

Summons Served - Corporation/Company/Business

Attorney: TERWILLIGER, MICHAEL T.

Activity Date: 02/24/2022        Participant:

Affidavit Of Service Filed

Activity Date: 02/25/2022        Participant:

Postcard Generated

Activity Date: 02/25/2022        Participant:

Postcard Generated

Activity Date: 02/28/2022                                              Participant:

Affidavit Of Service Filed

Activity Date: 03/17/2022                        Participant: GARRETT, JULIUS C, III

Case Continued For Case Management Conference - Allowed -

Date: 05/05/2022
Court Time: 0930                          Judge: EHRLICH, JOHN H
Court Room: 2209                          Attorney: DICKER, STEVEN MICHAEL

Activity Date: 03/17/2022                                              Participant:

Case Assigned to Zoom Hearing - Allowed

Activity Date: 05/06/2022                                              Participant:

Notice Of Motion Filed

Activity Date: 05/06/2022                                              Participant:

Motion Filed

Activity Date: 05/24/2022                                              Participant:

Appearance Filed - Fee Paid -

Activity Date: 05/24/2022                                              Participant:

Notice Of Filing Filed

Activity Date: 05/26/2022                                              Participant:

Certificate Of Mailing Filed

Activity Date: 05/26/2022                        Participant: GARRETT, JULIUS C, III

Case Continued For Case Management Conference - Allowed -

Date: 09/26/2023
Court Time: 1000                          Judge: EHRLICH, JOHN H
Court Room: 2209                          Attorney: DICKER, STEVEN MICHAEL

Activity Date: 06/14/2022                                              Participant:

Certificate Of Mailing Filed

Activity Date: 06/14/2022                                              Participant:

Answer And Copy Filed

Activity Date: 06/21/2022                                              Participant:

Response / Reply - Filed

Activity Date: 06/21/2022                                              Participant:

Notice Of Motion Filed

Activity Date: 06/21/2022                                              Participant:

Notice Of Filing Filed

Activity Date: 06/21/2022                                                                Participant:

Motion Filed

Activity Date: 06/27/2022                                                Participant: J.W.EXPRESS INC

Add An Additional Defendant - Allowed -

Judge: EHRLICH, JOHN H
Attorney: TERWILLIGER, MICHAEL T.

Activity Date: 06/27/2022                                        Participant: GARRETT, JULIUS C, III

Issue Writ - Allowed -

Judge: EHRLICH, JOHN H
Attorney: DICKER, STEVEN MICHAEL

Activity Date: 06/27/2022                                        Participant: GARRETT, JULIUS C, III

Amend Complaint Or Petition - Allowed -

Judge: EHRLICH, JOHN H
Attorney: DICKER, STEVEN MICHAEL

Activity Date: 06/30/2022                                                                Participant:

Appearance Filed - Fee Paid -

Activity Date: 06/30/2022                                                                Participant:

Amended Complaint Filed

Activity Date: 06/30/2022                                                                Participant:

Notice Of Filing Filed

Activity Date: 06/30/2022                                                                Participant:

Notice Of Filing Filed

Activity Date: 07/06/2022                                                                Participant:

Answer And Copy Filed

Activity Date: 07/11/2022                                                                Participant:

Response / Reply - Filed

Activity Date: 07/11/2022                                                                Participant:

Notice Of Filing Filed

[Back to Top](#)

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

FILED
1/13/2022 10:43 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
16283299

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

JULIUS C. GARRETT, III.,                    )          2022L000397
                                            )     No.
                Plaintiff,                  )
                                            )
vs.                                         )     Hearing Date: 3/17/2022 9:30 AM
                                            )
LGR TRUCKING INC. and                       )
EDWARD D. SCHRODE,                          )
                                            )
                Defendants.                 )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER

DICKER AND RUIZ, and complaining of the Defendants, LGR TRUCKING INC. and EDWARD

D. SCHRODE, and each of them, states as follows:

1.      That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public

roadway running in an easterly and westerly direction in the City of South Holland, County of Cook

and State of Illinois.

2.      That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C.

GARRETT, III., operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94

Overpass, in the City of South Holland, County of Cook and State of Illinois.

3.      That on February 14, 2020, and at all times relevant hereto, the Defendant, LGR

TRUCKING INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

3.      That on February 14, 2020, and at all times relevant hereto the Defendant, EDWARD

D. SCHRODE, operated a motor vehicle which was traveling in a westerly direction on 162nd Street

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

FILED
1/13/2022 10:43 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
16283299

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

JULIUS C. GARRETT, III.,                )

        Plaintiff,                )   No. **2022L000397**

                              )

vs.                )   Hearing Date: 3/17/2022 9:30 AM

                              )

LGR TRUCKING INC. and                )
EDWARD D. SCHRODE,                )

                              )

        Defendants.                )

FILED DATE: 1/13/2022 10:43 AM  2022L000397

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER

DICKER AND RUIZ, and complaining of the Defendants, LGR TRUCKING INC. and EDWARD

D. SCHRODE, and each of them, states as follows:

1.    That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public

roadway running in an easterly and westerly direction in the City of South Holland, County of Cook

and State of Illinois.

2.    That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C.

GARRETT, III., operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94

Overpass, in the City of South Holland, County of Cook and State of Illinois.

3.    That on February 14, 2020, and at all times relevant hereto, the Defendant, LGR

TRUCKING INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

3.    That on February 14, 2020, and at all times relevant hereto the Defendant, EDWARD

D. SCHRODE, operated a motor vehicle which was traveling in a westerly direction on 162nd Street

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.ilsos.gov

**FILED**

FEB 1 5 2022

**JESSE WHITE**
**SECRETARY OF STATE**

FILED
2/24/2022 1:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
16839022

Payment must be made by check or money
order payable to Secretary of State.

Filing Fee: $10      File #: *98061797*      Approved: *SC*

—— Submit in duplicate —— Type or Print clearly in black ink —— Do not write above this line ——

1.   Title and Number of Case:
     *Julius C. March, III*
     first named plaintiff
     v.
     *L&L Trucking Inc.*
     first named defendant
     Number: *22 L 000397*

2.   Name of corporation being served: *L&L Trucking Inc.*

3.   Title of court in which an action, suit or proceeding has been commenced: *Cook County, Illinois*

4.   Title of instrument being served: *Summons*

5.   Basis for service on the Secretary of State: (check and complete appropriate box)

     a.  ☐   The corporation's registered agent cannot with reasonable diligence be found at the registered office of
             record in Illinois.

     b.  ☑   The corporation has failed to appoint and maintain a registered agent in Illinois.

     c.  ☐   The corporation was dissolved on _____, _____; the conditions
                                              Month Day              Year
             of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or
             has affected the corporation within five (5) years thereafter.

     d.  ☐   The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

             _____
             Month Day            Year

     e.  ☐   The corporation is a foreign corporation that has transacted business in Illinois without procuring authority,
             contrary to the provisions of the Business Corporation Act of 1983.

6.   Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified
     or registered mail: *2735 Spring Grove Avenue, Cincinnah, OH 45225*

7.   The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.
     *[signature]*                          *February 11*              *2022*
     Signature of Affiant                        Month Day              Year
     ( *312* ) *853-3485*
     Telephone Number

Return to (please type or print clearly):
     *Dicker Dicker & Ruiz*
     Name
     *300 W. Adams Suite 330*
     Street
     *Chicago*          *IL*      *60606*
     City/Town          State    Zip

Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11

FILED DATE: 2/24/2022 1:45 PM    2022L000397

| 32120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

**SUMMONS**        **ALIAS - SUMMONS**                    (Rev. 5/1/92) CCG-1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,                )        No. 2022L000397
                                        )
                    Plaintiff,          )        **PLEASE SERVE:**
                                        )        **LGR TRUCKING INC.**
vs.                                     )        **c/o Office of the Secretary of State**
                                        )        **17 N. State Street, 12th Floor**
LGR TRUCKING INC. and                   )        **Chicago, Illinois 60602**
EDWARD D. SCHRODE,                      )
                                        )        **LGR TRUCKING INC.**
                    Defendants.         )        **2735 Spring Grove Avenue**
                                        )        **Cincinnati, Ohio 45225**

### SUMMONS

To each defendant:      **LGR TRUCKING INC. c/o Office of the Secretary of State**

     YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,..............................................., 2022
     1/13/2022 10:43 AM IRIS Y. MARTINEZ

.................................................................................
             Clerk

Name: Steven M. Dicker
Attorney for Plaintiff
Address: 300 W. Adams St., Suite 330        Date of service:......................., 2022
City: Chicago, Illinois 60606
Telephone: (312) 853-3485
Atty No: 52742

    **IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

*Law Division Room 801
  Chancery-Divorce Division Room 802
  County Division Room 801
  Probate Division Room 1202

FILED DATE: 1/13/2022 10:43 AM 2022L000397

FILED DATE: 1/13/2022 10:43 AM   2022L000397

4.     That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, LGR TRUCKING INC.

5.     That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, LGR TRUCKING INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

6.     That at all times relevant hereto, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

7.     That at the time and place aforesaid, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

a.     Changed lanes when it was unsafe to do so;

b.     Changed lanes without activating his turn signal;

c.     Failed to keep a proper lookout for other vehicles on the roadway;

d.     Failed to keep their vehicle under control;

e.     Traveled at an excessive rate of speed;

f.     Traveled at a rate of speed that was too fast for weather and traffic conditions;

g.     Failed to adequately and properly maintain their vehicle in a safe condition;

h.     Were otherwise careless and negligent.

FILED DATE: 1/13/2022 10:43 AM   2022L000397

8.      That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, the Plaintiff, JULIUS C. GARRETT, III., was then and there injured, both internally and externally and was caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of which injuries are permanent; and that he has been and will in the future be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment against the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, in an amount in excess of THIRTY THOUSAND DOLLARS ($30,000.00) plus interest and costs of this suit.

_____
STEVEN M. DICKER
Attorney for Plaintiff


**DICKER DICKER & RUIZ-#52742**
**300 W. Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

3

FILED
1/13/2022 10:43 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 1/13/2022 10:43 AM   2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,                    )
                                    )   No. 2022L000397
        Plaintiff,                         )
                                      )
vs.                                         )
                                      )
LGR TRUCKING INC. and                       )
EDWARD D. SCHRODE,                          )
                                      )
        Defendants.                        )

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

    I, STEVEN M. DICKER, attorney for the Plaintiff, state that the amount of money damages sought exceeds $50,0000.00.

_____
STEVEN M. DICKER
Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 West Adams Street**
**Suite 330**
**Chicago, Illinois  60606**
**(312) 853-3485**

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

**FILED**

FEB 1 5 2022

**JESSE WHITE**
**SECRETARY OF STATE**

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.ilsos.gov

FILED
2/24/2022 1:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
16839022

Payment must be made by check or money
order payable to Secretary of State.

Filing Fee: $10    File #: _98061797_    Approved: _SL_

———— Submit in duplicate ———— Type or Print clearly in black ink ———— Do not write above this line ————

1.  Title and Number of Case:

    _Julius C. March III_
                                    first named plaintiff
                        V.
    _L&L Trucking Inc._
                                    first named defendant          Number: _22 L 000397_

2.  Name of corporation being served: _L&L Trucking Inc._

3.  Title of court in which an action, suit or proceeding has been commenced: _Cook County, Illinois_

4.  Title of instrument being served: _Summons_

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a. ☐  The corporation's registered agent cannot with reasonable diligence be found at the registered office of
           record in Illinois.

    b. ☑  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c. ☐  The corporation was dissolved on _____, _____; the conditions
                                              Month Day           Year
           of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or
           has affected the corporation within five (5) years thereafter.

    d. ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

           _____ , _____
           Month Day           Year

    e. ☐  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority,
           contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified
    or registered mail: _2735 Spring Grove Avenue, Cincinnati, OH 45225_

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    _Seth Dicker_                        _February 11_            _2022_
    Signature of Affiant                 Month Day                 Year
    ( _312_ )  _853-3485_
    Telephone Number

Return to (please type or print clearly):

    _Dicker Dicker & Ruiz_
    Name
    _300 W. Adams, Suite 330_
    Street
    _Chicago_          _IL_    _60606_
    City/Town          State   Zip

Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11

FILED DATE: 5/6/2022 10:49 AM 2022L000397

FILED DATE: 1/13/2022 10:43 AM 2022L000397

| | |
|---|---|
| 32120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** (Rev. 5/1/92) CCG-1 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,       )    No. 2022L000397

              Plaintiff,     )

                         )   **PLEASE SERVE:**

vs.                     )   **LGR TRUCKING INC.**
                         )   **c/o Office of the Secretary of State**
                     )   **17 N. State Street, 12th Floor**

LGR TRUCKING INC. and   )   **Chicago, Illinois 60602**
EDWARD D. SCHRODE,     )

                         )   **LGR TRUCKING INC.**
            Defendants.    )   **2735 Spring Grove Avenue**
                     )   **Cincinnati, Ohio 45225**

### SUMMONS

To each defendant:    **LGR TRUCKING INC. c/o Office of the Secretary of State**

      YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office.

To the officer:

      This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,...................................................., 2022
         1/13/2022 10:43 AM IRIS Y. MARTINEZ

Clerk



Name: Steven M. Dicker
Attorney for Plaintiff
Address: 300 W. Adams St., Suite 330     Date of service:...................................., 2022
City: Chicago, Illinois 60606
Telephone: (312) 853-3485
Atty No: 52742

     **IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
*Law Division Room 801
  Chancery-Divorce Division Room 802
  County Division Room 801
  Probate Division Room 1202



# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

February 23, 2022

Dicker and Dicker
300 W. Adams St., Ste. 330
Chicago, IL 60606

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance
with proper fee(s) have been received on the following:

**Julius C. Garrett, III v. Edward D. Schrode, #22 L 397, Fee $5.00**

Service has been accepted on 2/22/2022 in compliance with the provisions of
625 ILCS 5/10-301.All inquiries should be made to (312) 814-3154.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

JW:ae
Enclosure

100 W. Randolph St., Ste. 5-400
James R. Thompson Center
Chicago, Illinois 60601
(312) 814-2262

EX C 2

| | |
|---|---|
| 32120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** (Rev. 5/1/92) CCG-1 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,          )   No. **2022L000397**

                Plaintiff,        )

vs.                          )

LGR TRUCKING INC. and     )
EDWARD D. SCHRODE,      )

                Defendants.     )

**PLEASE SERVE:**
**EDWARD D. SCHRODE**
**c/o Office of the Secretary of State**
**17 N. State Street, 12th Floor**
**Chicago, Illinois 60602**

**EDWARD D. SCHRODE**
**10745 Anna Lane**
**Independence, Kentucky 41051**

### SUMMONS

To each defendant:   **EDWARD D. SCHRODE c/o Office of the Secretary of State**

      YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office.

To the officer:
      This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

                WITNESS,........................................................, 2022
                1/13/2022 10:43 AM IRIS Y. MARTINEZ
                ..................................................
                Clerk

Name: Steven M. Dicker
Attorney for Plaintiff
Address: 300 W. Adams St., Suite 330
City: Chicago, Illinois 60606      Date of service:........................., 2022
Telephone: (312) 853-3485
Atty No: 52742

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

*Law Division Room 801
  Chancery-Divorce Division Room 802
  County Division Room 801
  Probate Division Room 1202

FEB 0 3 2022

FILED DATE: 5/6/2022 10:49 AM   2021L000397
FILED DATE: 1/13/2022 10:43 AM   2022L000397



# Affidavit of Compliance for Service of Process on Non-resident

**To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.**

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   _Julius C. Garner, III_ vs. _Edward D. Sunrode_ No. _22 L 000397_
   First Named Plaintiff          Defendant to be Served

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of (the undersigned/client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [ ✓ ] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [   ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [   ] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that **any person instituting any action,** suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to effect service of process, **shall be liable for attorney's fees and costs of the defendant if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.**

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_____          _1/13/22_
        Signature of Affiant                    Date

Subscribed before me this _13th_ day of _January_ , 20~~22~~ .

_Miss A. Ber_
        Notary Public

OFFICIAL SEAL
MELISSA A BERMEJO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/31/24

Printed by authority of the State of Illinois. December 2004 – 1 – EX-3

FILED DATE: 5/6/2022 10:49 AM   2022L000397

FILED
5/6/2022 10:49 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
17795543

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED DATE: 5/6/2022 10:49 AM   2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,                )
                                        )      No. 22 L 000397
              Plaintiff,      )
                                        )
vs.                                     )
                                        )
LGR TRUCKING INC. and                   )
EDWARD D. SCHRODE,                      )
                                        )
              Defendants.     )

## NOTICE OF MOTION

TO:   **BY CERTIFIED & REGULAR MAIL**   **BY CERTIFIED & REGULAR MAIL**
      LGR Trucking Inc.                  Mr. Edward D. Schrode
      2735 Spring Grove Avenue         160 Seneca Trail
      Cincinnati, Ohio 45225            Elsmere, Kentucky 41018

On the **8**th day of **June**, 2022, at **9:00 a.m.** I shall electronically submit the attached: Motion for Default to the **Honorable John Ehrlich** via email address: LAW.CALHcc@cookcountyil.gov.

To respond or object to this Motion, please email response or objection to LAW.CALHcc@cookcountyil.gov after 10:00 a.m. on the date set forth above, with a cc to all attorneys of record as listed here: sdicker@dickerlaw.net

If no response or objection is emailed before 4:00 p.m. on the date set forth above, the Court will rule on the Motion and enter an order.

Steven M. Dicker
Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 West Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

FILED DATE: 5/6/2022 10:49 AM  2022L000397

## PROOF OF SERVICE

Under penalties as provided by Section 1-109 of the Illinois Code of Civil Procedure, I, STEVEN M. DICKER, state that I served the above notice by mail by placing a copy in an envelope properly addressed, sealed, stamped and placing said envelope into a U.S. Mail box in the City of Chicago on the _6th_ day of __May__, 2022.

_____

STEVEN M. DICKER

2

FILED
5/6/2022 10:49 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
17795543

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED DATE: 5/6/2022 10:49 AM   2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,                     )
                                             )          No. 22 L 000397
                   Plaintiff,                )
                                             )
vs.                                          )
                                             )
LGR TRUCKING INC. and                        )
EDWARD D. SCHRODE,                           )
                                             )
                   Defendants.               )

### MOTION FOR DEFAULT

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER DICKER

& RUIZ, and moves this Honorable Court for the entry of an Order of Default against the

Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and to have this matter set for

prove-up of damages. In support hereof, Plaintiff states as follows:

1.   That Plaintiff has filed the instant action to recover for injuries sustained in a
     motor vehicle accident on January 13, 2022.

2.   That on February 15, 2022, the Defendant, LGR TRUCKING INC., was served
     through the Secretary of State. (See attached Affidavit of Service)

3.   That on February 22, 2022, the Defendant, EDWARD D. SCHRODE, was served
     through the Secretary of State. (See attached Affidavit of Service)

4.   That to date, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE,
     have failed to file their appearance or otherwise respond to the allegations of the
     Plaintiff's complaint.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for the entry of an Order of

Default against the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and that

this cause be set for prove-up of damages on a date certain.

_____
Steven M. Dicker
Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 West Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

**FORM BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

**FILED**

FEB 1 5 2022

JESSE WHITE
SECRETARY OF STATE

FILED
2/24/2022 1:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
16839022

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.ilsos.gov

Payment must be made by check or money
order payable to Secretary of State.

FILED DATE: 5/6/2022 10:49 AM 2022L000397
FILED DATE: 2/24/2022 1:45 PM 2022L000397

Filing Fee: $10    File #: *98061797*    Approved: *SC*

— Submit in duplicate — Type or Print clearly in black ink — Do not write above this line —

1. Title and Number of Case:
   *Julius C. Markell III*
                                        first named plaintiff
   v.
   *L&R Trucking Inc.*
                                        first named defendant
                                        Number: *22 L 000397*

2. Name of corporation being served: *L&R Trucking Inc.*

3. Title of court in which an action, suit or proceeding has been commenced: *Cook County, Illinois*

4. Title of instrument being served: *Summons*

5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☐ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☑ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ , _____ ; the conditions
        of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or
        has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

        _____ , _____
        Month Day           Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority,
        contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified
   or registered mail: *2735 Spring Grove Avenue, Cincinnati, OH 45225*

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   *Otto Diem*                              *February 11*              *2022*
   Signature of Affiant                     Month Day                  Year
   ( *312* ) *853-3485*
   Telephone Number

Return to (please type or print clearly):

   *Dickler Dickler + Ruiz*
   Name
   *300 W. Adams, Suite 330*
   Street
   *Chicago*         *IL*    *60606*
   City/Town         State   Zip

Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11

32120 - Served        2121 - Served
2220 - Not Served     2221 - Not Served
2320 - Served By Mail   2321 - Served By Mail
2420 - Served By Publication    2421 - Served By Publication
**SUMMONS**       **ALIAS - SUMMONS**      (Rev. 5/1/92) CCG-1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,          )    No. **2022L000397**
                       )
        Plaintiff,       )    **PLEASE SERVE:**
                       )    **LGR TRUCKING INC.**
vs.                     )    **c/o Office of the Secretary of State**
                       )    **17 N. State Street, 12th Floor**
LGR TRUCKING INC. and      )    **Chicago, Illinois 60602**
EDWARD D. SCHRODE,        )
                       )    **LGR TRUCKING INC.**
       Defendants.      )    **2735 Spring Grove Avenue**
                       )    **Cincinnati, Ohio 45225**

### SUMMONS

To each defendant:    **LGR TRUCKING INC. c/o Office of the Secretary of State**

     YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office.

To the officer:

     This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

                       WITNESS,...................................................., 2022
                       1/13/2022 10:43 AM IRIS Y. MARTINEZ
                       .............................................................
                           Clerk

Name: Steven M. Dicker
Attorney for Plaintiff
Address: 300 W. Adams St., Suite 330     Date of service:....................................., 2022
City: Chicago, Illinois 60606
Telephone: (312) 853-3485
Atty No: 52742

       **IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
*Law Division Room 801
   Chancery-Divorce Division Room 802
   County Division Room 801
   Probate Division Room 1202

FILED DATE: 5/6/2022 10:49 AM   2022L000397
FILED DATE: 1/13/2022 10:43 AM   2022L000397



# OFFICE OF THE SECRETARY OF STATE

**JESSE WHITE** • Secretary of State

February 23, 2022

Dicker and Dicker
300 W. Adams St., Ste. 330
Chicago, IL 60606

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance
with proper fee(s) have been received on the following:

**Julius C. Garrett, III v. Edward D. Schrode, #22 L 397, Fee $5.00**

Service has been accepted on 2/22/2022 in compliance with the provisions of
625 ILCS 5/10-301.All inquiries should be made to (312) 814-3154.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

JW:ae
Enclosure

FILED DATE: 5/6/2022 10:49 AM   2022L000397

FILED DATE: 5/6/2022 10:49 AM   2022L000397
FILED DATE: 1/13/2022 10:43 AM   2022L000397

| 32120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** (Rev. 5/1/92) CCG-1 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,                )   No. 2022L000397
                                         )                        FEB 03 2022
                    Plaintiff,           )   **PLEASE SERVE:**
                                         )   **EDWARD D. SCHRODE**
vs.                                      )   **c/o Office of the Secretary of State**
                                         )   **17 N. State Street, 12th Floor**
LGR TRUCKING INC. and                    )   **Chicago, Illinois 60602**
EDWARD D. SCHRODE,                       )
                                         )   **EDWARD D. SCHRODE**
                    Defendants.          )   **10745 Anna Lane**
                                         )   **Independence, Kentucky 41051**

### SUMMONS

To each defendant:     **EDWARD D. SCHRODE c/o Office of the Secretary of State**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room *801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with your local circuit clerk's office.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,................................................., 2022
1/13/2022 10:43 AM IRIS Y. MARTINEZ

Name: Steven M. Dicker                        Clerk of Court
Attorney for Plaintiff
Address: 300 W. Adams St., Suite 330     Date of service:.........................., 2022
City: Chicago, Illinois  60606
Telephone: (312) 853-3485
Atty No: 52742

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
*Law Division Room 801
  Chancery-Divorce Division Room 802
  County Division Room 801
  Probate Division Room 1202

FEB 03 2022



# Affidavit of Compliance for Service of Process on Non-resident

**To effect service: please serve the Office of the Secretary of State with 2 copies of the summons, 1 copy of the complaint, and a fully executed Affidavit of Compliance. Fee: $5.**

Pursuant to Section 10-301 of the Illinois Vehicle Code (Chapter 625, Section 5/10-301, Illinois Compiled Statutes, Service of Process on Non-resident), the undersigned states that:

1. I am (plaintiff/attorney for plaintiff) in the following named case:

   _Julius C. Crannel, III_  vs. _Edward D. Sinrode_  No. _22 L 000397_
   First Named Plaintiff                Defendant to be Served

2. This cause of action arises from the use and operation, by the defendant to be served or his duly authorized agent or employee, of a vehicle over or upon the highways of the State of Illinois, which resulted in damage or loss to the person or property of (the undersigned/client of the undersigned). (Strike inapplicable term.)

3. The defendant to be served through the Secretary of State falls under one of the following: (check appropriate box)

   a) [ ✓ ] At the time of the accident the defendant was and remains a non-resident of this state, or

   b) [ ] Was a resident of this state at the time the cause of action arose but has subsequently become a non-resident of this state, or

   c) [ ] At the time the cause of action arose, the vehicle was owned by a non-resident and was being operated over and upon the highways of this state with the owner's express or implied permission.

4. The undersigned makes this affidavit for the purpose of inducing the Secretary of State to accept service of process on behalf of the named defendant herein according to the provisions of Section 10-301 of the Illinois Vehicle Code. These provisions are applicable to the instant proceeding. The undersigned has complied with and will continue to comply with all of the requirements of said Section. Further, these provisions require notice of such service and a copy of the process to be sent by registered mail within 10 days by the plaintiff to the defendant at his/her last known address, with the plaintiff's Affidavit of Compliance appended to the summons.

5. The undersigned is aware that **any person instituting any action**, suit or proceeding who uses Section 10-301 of the Illinois Vehicle Code to effect service of process, **shall be liable for attorney's fees and costs** of the defendant **if the court finds that the person instituting the action knew or should have known that this section is not applicable for effecting service in such action.**

The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_____        _1/13/22_
Signature of Affiant                                        Date

Subscribed before me this _13th_ day of _January_, 20_22_.

_____
Notary Public

> OFFICIAL SEAL
> MELISSA A BERMEJO
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:03/31/24

FILED DATE: 5/6/2022 10:49 AM    2022L000397

Attorney No. 49358

FILED
5/24/2022 9:48 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18017279

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT, LAW DIVISION**

JULIUS C. GARRETT, III, )
)
Plaintiff, )
)
v. )
) Case No.:    2022 L 000397
LGR TRUCKING INC, and ) Calendar H
EDWARD D. SCHRODE, )
)
Defendants. )
)
)

**NOTICE OF FILING**

TO:   Steven M. Dicker, Esq.
      DICKER DICKER & RUIZ
      sdicker@dickerlaw.net

PLEASE TAKE NOTICE that on <u>May 24, 2022</u>, I have filed with the Circuit Court of Cook County, Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois 60602, APPEARANCE FOR DEFENDANTS LGR TRUCKING INC and EDWARD D. SCHRODE.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

*/s/Michael T. Terwilliger*
Michael T. Terwilliger
*Counsel for Defendants*

Michael T. Terwilliger, ARDC#6244004
WHITTEN LAW OFFICE LLC
450 Vale Park Road
Valparaiso, Indiana 46385
(219) 531-6719 Telephone
(219) 531-6471 Facsimile
mterwilliger@indycounsel.com

FILED DATE: 5/24/2022 9:48 AM   2022L000397

## CERTIFICATE OF SERVICE

I hereby certified that on <u>May 24, 2022</u>, I electronically filed the foregoing document with the Illinois Circuit Court for Cook County by using the Cook County File & Serve Illinois system. I certify that I have also served all counsel of record via E-mail on this date.

Steven M. Dicker, Esq.
DICKER DICKER & RUIZ
sdicker@dickerlaw.net

***<u>/s/Michael T. Terwilliger</u>***
Michael T. Terwilliger

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED
5/24/2022 9:48 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18017279

FILED DATE: 5/24/2022 9:48 AM    2022L000397

Appearance/Jury Demand                                    (05/03/21) CCL 0530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III,

                                                    **Plaintiff**      Case No.   2022 L 000397

                          v.                                           Calendar:  H

LGR TRUCKING INC, and
EDWARD D. SCHRODE,

                                                    **Defendant**

### APPEARANCE/JURY DEMAND

☑ **General Appearance**        ◉ 0900 - Appearance - Fee Paid

                                ○ 0909 - Appearance- No Fee

                                ○ 0904 - Appearance Filed - Fee Waived

☐ **Jury Demand**               ○ 1900 - Appearance & Jury Demand - Fee Paid

                                ○ 1909 - Appearance & Jury Demand - No Fee

The undersigned enters the appearance of:    ○ Plaintiff   ◉ Defendant
                                             ○ Additional Party
                                             ○ Respondent-in-discovery

LGR Trucking Inc and Edward D. Schrode

                              **Litigant's Name**

                    /s/   Michael T. Terwilliger

                              **Signature**

☑ **INITIAL COUNSEL OF RECORD**        ☐ **PRO SE**
☐ **ADDITIONAL APPEARANCE**            ☐ **SUBSTITUTE APPEARANCE**

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**

Appearance/Jury Demand

(05/03/21) CCL 0530

FILED DATE: 5/24/2022 9:48 AM   2022L000397

⦿ Atty. No.: 49358          ○ Pro Se 99500

Name: Michael T. Terwilliger

Atty. for (if applicable):

Defendants

Address: 450 Vale Park Road, Suite D

City: Valparaiso

State: IN   Zip: 46385

Telephone: 219-531-6719

Primary Email: mterwilliger@indycounsel.com

**Pro Se Only:**

☐  I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

_____

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

Attorney No. 49358

FILED
5/26/2022 3:47 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18065732

FILED DATE: 5/26/2022 3:47 PM   2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JULIUS C. GARRETT, III,<br><br>    Plaintiff,<br><br>v.<br><br>LGR TRUCKING INC, and<br>EDWARD D. SCHRODE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.:    2022 L 000397<br>)    Calendar H |

### CERTIFICATE OF SERVICE

I, Michael T. Terwilliger, pursuant to the provisions of § 1-109 of the Code of Civil Procedure, certify that I served the foregoing:

- DEFENDANTS' INTERROGATORIES TO PLAINTIFF; and
- DEFENDANTS' REQUEST FOR PRODUCTION TO PLAINTIFF.

via email to the following address on **May 26, 2022**:

    Steven M. Dicker, Esq.
    DICKER DICKER & RUIZ
    sdicker@dickerlaw.net

                  Respectfully submitted,

                  Whitten Law Office LLC

                  ***/s/Michael T. Terwilliger***
                  Michael T. Terwilliger
                  *Counsel for Defendants*

Michael T. Terwilliger, ARDC#6244004
Whitten Law Office LLC
450 Vale Park Road
Valparaiso, Indiana 46385
(219) 531-6719 Telephone
(219) 531-6471 Facsimile
mterwilliger@indycounsel.com

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Julius C. Garrett, III. | ) |
| Plaintiff(s), | ) |
| | ) No. 22 L 000397 |
| v. | ) |
| | ) Motion Call ___H___ |
| LGR Trucking Inc and Edward D. Schrode | ) |
| Defendant(s). | ) |

## **CASE MANAGEMENT ORDER – CATEGORY 1 CASES**

- The intent of this order is for the parties to complete all discovery and for the court to rule on all dispositive motions within **18 months** following the filing of the complaint.
- This order **does not alter** the application of Illinois Supreme Court Rule 218 – **the 60-day rule**.
- **Fill in all blanks**.

| | Months after Complaint filed | Date |
|---|---|---|
| Service of process achieved, responsive pleadings filed, treaters' list with names and addresses sent, HIPPA order entered, Rule 213(f)(1), (f)(2), (f)(3) & Rule 214 written discovery issued no later than | 3 | 06/24/2022 |
| Rule 213(f)(1), (f)(2), & Rule 214 written discovery completed no later than | 6 | 9/26/2022 |
| Rule 213(f)(2) subpoenas issued no later than | 7 | 10/26/2022 |
| Rule 213(f)(1) depositions completed no later than | 10 | 01/26/2023 |
| Rule 213(f)(2) depositions completed no later than | 13 | 04/26/2023 |
| Dispositive motions filed and Rule 215 & 216 discovery completed no later than | 13 | 04/26/2023 |
| Rule 213(f)(3) disclosures completed no later than | 14 | 05/26/2023 |
| Rule 213(f)(3) depositions completed no later than | 16 | 07/26/2023 |
| Case management for trial certification at ____10:00____ a.m. | 18 | 09/26/2023 |

FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE A BASIS FOR SCR 219(C) SANCTIONS.  FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE A WAIVER OF SUCH DISCOVERY BY THAT PARTY.

ENTERED:

_____
**Circuit Court Judge**

ENTERED
Judge John H. Ehrlich-2075

MAY 2 6 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED DATE: 6/14/2022 9:16 AM   2022L000397

FILED
6/14/2022 9:16 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18274930

Attorney No. 49358

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JULIUS C. GARRETT, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LGR TRUCKING INC, and | ) Case No.:   2022 L 000397 |
| EDWARD D. SCHRODE, | ) Calendar H |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

I, Michael T. Terwilliger, pursuant to the provisions of § 1-109 of the Code of Civil Procedure, certify that I served the foregoing:

- DEFENDANTS' REQUSTS FOR ADMISSION TO PLAINTIFF.

via email to the following address on **June 14, 2022**:

Steven M. Dicker, Esq.
DICKER DICKER & RUIZ
sdicker@dickerlaw.net

Respectfully submitted,

Whitten Law Office LLC

**/s/Michael T. Terwilliger**
Michael T. Terwilliger
*Counsel for Defendants*

Michael T. Terwilliger, ARDC#6244004
Whitten Law Office LLC
450 Vale Park Road
Valparaiso, Indiana 46385
(219) 531-6719 Telephone
(219) 531-6471 Facsimile
mterwilliger@indycounsel.com

FILED DATE: 6/14/2022 2:22 PM   2022L000397

FILED
6/14/2022 2:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18284123

Attorney No. 49258

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III,     )
       )
     Plaintiff,     )
       )
     v.     )   Case No.:   2022 L 000397
       )   Calendar H
LGR TRUCKING INC, and     )
EDWARD D. SCHRODE,     )
       )
     Defendants.     )
       )
       )

### ANSWER, AFFIRMATIVE DEFENSES AND
### DEMAND FOR TRIAL BY JURY

Defendants, LGR TRUCKING, INC. and Edward D. Schrode ("defendants"), by counsel, and for their answer to plaintiff's complaint ("complaint"), state the following:

1.    That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public roadway running in an easterly and westerly direction in the City of South Holland, County of Cook and State of Illinois.

**ANSWER:** Admitted.

2.    That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C. GARRETT, III, operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and. State of Illinois.

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and therefore neither admit nor deny same but demand strict proof thereof.

FILED DATE: 6/14/2022 2:22 PM   2022L000397

3.     That on February 14, 2020, and at all times relevant hereto, the Defendant, LGR TRUCKING, INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and. State of Illinois.

**ANSWER:** Admitted.

4.     That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, LGR TRUCKING INC.

**ANSWER:** Denied.

5.     That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, LGR TRUCKING INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

**ANSWER:** Denied.

6.     That at all times relevant hereto, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

**ANSWER:** Defendants object to paragraph 6 as it contains a legal conclusion to which no response is required. To the extent a response is required, same is denied.

7.     That at all times relevant hereto, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

2

FILED DATE: 6/14/2022 2:22 PM   2022L000397

a.     Changed lanes when it was unsafe to do so;

b.     Changed lanes without activating his turn signal;

c.     Failed to keep a proper lookout for other vehicles on the roadway;

d.     Failed to keep their vehicle under control;

e.     Traveled at an excessive rate of speed;

f.     Traveled at a rate of speed that was too fast for weather and traffic conditions;

g.     Failed to adequately and properly maintain their vehicle in a safe condition;

h.     Were otherwise careless and negligent.

**ANSWER:** Denied.

8.     That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, the Plaintiff, JULIUS C. GARRETT, III, was then and there injured, both internally and externally and was caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of which injuries are permanent; and that he has been and will in the future be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

**ANSWER:** Denied.

## **AFFIRMATIVE DEFENSES**

Defendants, LGR TRUCKING INC and Edward D. Schrode, by counsel, assert the following affirmative defenses to plaintiff's complaint, in the alternative and

FILED DATE: 6/14/2022 2:22 PM   2022L000397

without assuming the burden of proof for matters for which the burden is not imposed upon the responding party under law:

## FIRST AFFIRMATIVE DEFENSE

1.  Plaintiff filed a complaint alleging damages arising out of an occurrence which purportedly took place on February 14, 2020.

2.  At the time of the occurrence, there was in full force and effect a certain statute known as Ill. Rev. Stat., Ch. 110, § 2-1116, said statute being effective as of November 25, 1986, which provides as follows:

> In all actions on account of bodily injury, death or physical damage to property based on negligence, or product liability based on strict tort liability, the plaintiff shall be barred from recovering damages if the trier of fact finds that the contributory fault on the part of the plaintiff is more than fifty percent of the  proximate cause of the injury or damage for which the recovery is sought. The plaintiff shall not be barred from recovering damages if the trier of fact finds that the contributory fault on the part of the plaintiff is not more than fifty percent of the proximate cause of the injury or damage to which recovery is sought, but any damages allowed shall be diminished in the proportion to the amount of fault attributable to the plaintiff.

(Emphasis added) (Ill. Rev. Stat., 1986; Ch. 110, § 2-1116.)

3.  Plaintiff owed a duty to refrain from negligence at all times relevant and to take good and proper care for plaintiff's own safety.

4.  Plaintiff's own careless and negligent conduct caused or contributed to cause the injuries, expenses, pecuniary losses and other damages for which plaintiff seeks compensation in this lawsuit.

5.  On February 14, 2020, plaintiff was guilty of one or more of the following careless and negligent acts and/or omissions:

    a.    Operated said motor vehicle in a careless, reckless, and negligent manner;

FILED DATE: 6/14/2022 2:22 PM    2022L000397

b.    Negligently, carelessly, and recklessly failed to maintain a proper lookout;

c.    Negligently, carelessly, and recklessly operated said motor vehicle at a speed which was greater than posted or reasonable under the circumstances;

d.    Negligently, carelessly and recklessly failed to stop motor vehicle when danger of a collision was imminent;

e.    Negligently, carelessly and recklessly failed to yield the right of way to defendants' or third-parties motor vehicle(s);

f.    Negligently, carelessly and recklessly failed to maintain a safe and reasonable distance from Defendants' or third-parties motor vehicle(s);

g.    Negligently, carelessly and recklessly followed too closely to Defendants' or third-parties motor vehicle(s);

h.    Negligently, carelessly and recklessly failed to apply the brakes of said motor vehicle in order to avoid collision;

i.    Was otherwise negligent and careless in the operation of said motor vehicle.

6.    In the event that plaintiff was more than fifty percent (50%) at fault in causing the injuries, or that plaintiff's actions were the sole proximate cause of said accident, then plaintiff is barred from recovery.

## **SECOND AFFIRMATIVE DEFENSE**

1.    Plaintiff filed a complaint alleging damages arising out of an occurrence which purportedly took place on February 14, 2020.

2.    At all times relevant hereto, there was in full force and effect a certain statute known as 735 ILCS 5/2-1117, which provides as follows:

> Except as provided in § 2-1118, in actions on account of bodily injury or death or physical damage to property, based on negligence, or product liability based on strict tort liability, all defendants found liable are jointly and severally liable for plaintiffs past and future medical and medically related expenses. Any defendant whose fault, as determined by the trier of fact, is less than twenty-five percent of

FILED DATE: 6/14/2022 2:22 PM    2022L000397

the total fault attributable to the plaintiff, the defendants sued by the plaintiff, and any third party defendant who could have been sued by the plaintiff, shall be severally liable for all of the damages. Any defendant whose fault, as determined by the trier of fact, is twenty-five percent or greater of the total fault attributable to the plaintiff, the defendants sued by the plaintiff and any third party defendants who could have been sued by the plaintiff, shall be jointly and severally liable for all other damages.

3.      In the event that defendants are found liable for damages allegedly sustained by the plaintiff, and any fault on behalf of defendants constitutes less than twenty-five percent of the total fault attributable to the plaintiff, the defendants sued by the plaintiff, and any third-party defendant who could have been sued by the plaintiff, then defendants shall only be severally liable for certain damages, as set forth in the statute.

## THIRD AFFIRMATIVE DEFENSE

1.      Defendants had no control over the actions of plaintiff or other persons at the time of the occurrence.

2.      Accordingly, to the extent that plaintiff's claimed injuries, if any, were caused in whole or in part by an intervening and/or superseding cause(s) unrelated to any acts or omissions of defendants, damages are barred.

## FOURTH AFFIRMATIVE DEFENSE

1.      Any amount paid by any third person or corporation because of any damage, loss or expense, or injury to plaintiff should be offset and/or credited against any judgment that might be rendered in favor of plaintiff and against defendants as partial satisfaction of plaintiff's damages.

FILED DATE: 6/14/2022 2:22 PM   2022L000397

2.      Defendants respectfully pray that any judgment in favor of plaintiff be reduced in proportion to any amount paid by a third person or corporation as a result of the occurrence alleged in plaintiff's complaint, and that defendants be awarded their costs and such other relief as the Court may deem to be just and proper.

## FIFTH AFFIRMATIVE DEFENSE

The accident, injuries, and damages alleged in the complaint were proximately cause by a person or persons other than defendants, over whom defendants exercised no control or right of control, or for whose act(s) or failure(s) to act defendants are not liable or responsible.

## SIXTH AFFIRMATIVE DEFENSE

Any act(s) or omission(s) to act by defendants was/were not the proximate cause of this accident.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants did not own any duty(ies) to the plaintiff at the time and place mentioned in the complaint. If any duties are owed by defendants, they properly performed each and every duty owed.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants assert that LGR TRUCKING, INC. is simply a leasing company and J.W. EXPRESS, INC. was the appropriate motor carrier at the time and place mentioned in the complaint. As a result, J.W. EXPRESS, INC. and not LGR TRUCKING, INC. is the proper defendant such that LGR TRUCKING, INC. is an

7

FILED DATE: 6/14/2022 2:22 PM    2022L000397

improper and mis-joined defendant pursuant to 735 ILCS 5/2-407 and should be dismissed.

## RESERVATION OF RIGHTS

Defendants reserve the right to assert additional affirmative defenses that may become apparent during the course of this action.

**WHEREFORE,** defendants pray for judgment in their favor and against plaintiff, and for such other and further relief as this Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Defendants, LGR TRUCKING INC and Edward D. Schrode, by counsel, respectfully demand that this case be tried by jury.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

*/s/Michael T. Terwilliger*
Michael T. Terwilliger
*Counsel for Defendants*

Michael T. Terwilliger, ARDC#6244004
WHITTEN LAW OFFICE LLC
450 Vale Park Road
Valparaiso, Indiana 46385
(219) 531-6719 Telephone
(219) 531-6471 Facsimile
mterwilliger@indycounsel.com

8

FILED DATE: 6/14/2022 2:22 PM   2022L000397

### CERTIFICATE OF SERVICE

I hereby certified that on <u>June 14, 2022</u>, I electronically filed the foregoing document with the Illinois Circuit Court for Cook County by using the Cook County File & Serve Illinois system. I certify that I have also served all counsel of record via E-mail on this date.

Steven M. Dicker, Esq.
DICKER DICKER & RUIZ
sdicker@dickerlaw.net

*/s/Michael T. Terwilliger*
Michael T. Terwilliger

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED DATE: 6/21/2022 10:41 AM 2022L000397

FILED
6/21/2022 10:41 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18361363

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JULIUS C. GARRETT, III., | ) |
| | ) No. 22 L 000397 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LGR TRUCKING INC. and | ) |
| EDWARD D. SCHRODE, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S REPLY TO DEFENDANTS' AFFIRMATIVE DEFENSES

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER

DICKER & RUIZ, and replies to the affirmative defenses of the Defendants, LGR TRUCKING

INC. and EDWARD D. SCHRODE, as follows:

### FIRST AFFIRMATIVE DEFENSE

1.    Admits.

2.    No answer is required.

3.    Admits all duties imposed by law.

4.    Denies the allegations set forth in paragraph 4.

5.    Denies the allegations set forth in paragraph 5(a) - (i).

6.    No answer is required.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment as

requested in the Complaint at Law.

### SECOND AFFIRMATIVE DEFENSE

1.    Admits.

2.    No answer is required.

FILED DATE: 6/21/2022 10:41 AM   2022L000397

3.      No answer is required.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment as requested in the Complaint at Law.

### THIRD AFFIRMATIVE DEFENSE

1.      No answer is required.

2.      No answer is required.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment as requested in the Complaint at Law.

### FOURTH AFFIRMATIVE DEFENSE

1.      No answer is required.

2.      No answer is required.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment as requested in the Complaint at Law.

### FIFTH AFFIRMATIVE DEFENSE

Denies the allegations set forth in the Fifth Affirmative Defense.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment as requested in the Complaint at Law.

### SIXTH AFFIRMATIVE DEFENSE

Denies the allegations set forth in the Sixth Affirmative Defense.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment as requested in the Complaint at Law.

FILED DATE: 6/21/2022 10:41 AM   2022L000397

## SEVENTH AFFIRMATIVE DEFENSE

Denies the allegations set forth in the Seventh Affirmative Defense.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment as requested in the Complaint at Law.

## EIGHTH AFFIRMATIVE DEFENSE

No answer is required.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment as requested in the Complaint at Law.

_____

STEVEN M. DICKER
Attorneys for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 W. Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

3

FILED
6/21/2022 10:47 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18361633

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

JULIUS C. GARRETT, III.,                    )
                                            )       No. 22 L 000397
                Plaintiff,                  )
                                            )
vs.                                         )
                                            )
LGR TRUCKING INC. and                       )
EDWARD D. SCHRODE,                          )
                                            )
                Defendants.                 )

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER DICKER

& RUIZ, and moves this Honorable Court for leave to file an Amended Complaint at Law to add an

additional Defendant, J.W. EXPRESS, INC.

_____
STEVEN M. DICKER
Attorneys for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 W. Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

FILED DATE: 6/21/2022 10:47 AM    2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,                      )
                                              )      No. 22 L 000397
          Plaintiff,               )
                                              )
vs.                                           )
                                              )
LGR TRUCKING INC., EDWARD D.                  )
SCHRODE and J.W. EXPRESS, INC.                )
                                              )
          Defendants.              )

### AMENDED COMPLAINT AT LAW
### COUNT I

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER

DICKER AND RUIZ, and complaining of the Defendants, LGR TRUCKING INC. and EDWARD

D. SCHRODE, and each of them, states as follows:

1.      That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public

roadway running in an easterly and westerly direction in the City of South Holland, County of Cook

and State of Illinois.

2.      That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C.

GARRETT, III., operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94

Overpass, in the City of South Holland, County of Cook and State of Illinois.

3.      That on February 14, 2020, and at all times relevant hereto, the Defendant, LGR

TRUCKING INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

4.      That on February 14, 2020, and at all times relevant hereto the Defendant, EDWARD

D. SCHRODE, operated a motor vehicle which was traveling in a westerly direction on 162nd Street

FILED DATE: 6/21/2022 10:47 AM   2022L000397

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

     5.      That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, LGR TRUCKING INC.

     6.      That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, LGR TRUCKING INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

     7.      That at all times relevant hereto, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

     8.      That at the time and place aforesaid, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

        a.     Changed lanes when it was unsafe to do so;

        b.     Changed lanes without activating his turn signal;

        c.     Failed to keep a proper lookout for other vehicles on the roadway;

        d.     Failed to keep their vehicle under control;

        e.     Traveled at an excessive rate of speed;

        f.     Traveled at a rate of speed that was too fast for weather and traffic conditions;

        g.     Failed to adequately and properly maintain their vehicle in a safe condition;

FILED DATE: 6/21/2022 10:47 AM    2022L000397

      h.      Were otherwise careless and negligent.

    9.      That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, the Plaintiff, JULIUS C. GARRETT, III., was then and there injured, both internally and externally and was caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of which injuries are permanent; and that he has been and will in the future be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

    WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment against the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, in an amount in excess of THIRTY THOUSAND DOLLARS ($30,000.00) plus interest and costs of this suit.

### COUNT II

    NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER DICKER AND RUIZ, and complaining of the Defendants, J.W. EXPRESS, INC. and EDWARD D. SHRODE, and each of them, states as follows:

    1.      That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public roadway running in an easterly and westerly direction in the City of South Holland, County of Cook and State of Illinois.

    2.      That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C. GARRETT, III., operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

    3.      That on February 14, 2020, and at all times relevant hereto, the Defendant, J.W. EXPRESS, INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street

FILED DATE: 6/21/2022 10:47 AM    2022L000397

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

4.    That on February 14, 2020, and at all times relevant hereto the Defendant, EDWARD D. SCHRODE, operated a motor vehicle which was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

5.    That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, J.W. EXPRESS, INC.

6.    That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, J.W. EXPRESS, INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

7.    That at all times relevant hereto, the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

8.    That at the time and place aforesaid, the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

    a.    Changed lanes when it was unsafe to do so;

    b.    Changed lanes without activating his turn signal;

    c.    Failed to keep a proper lookout for other vehicles on the roadway;

    d.    Failed to keep their vehicle under control;

    e.    Traveled at an excessive rate of speed;

FILED DATE: 6/21/2022 10:47 AM   2022L000397

f.     Traveled at a rate of speed that was too
       fast for weather and traffic conditions;

g.     Failed to adequately and properly maintain
       their vehicle in a safe condition;

h.     Were otherwise careless and negligent.

9.     That as a direct and proximate result of one or more of the foregoing wrongful acts

or omissions of the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, the Plaintiff,

JULIUS C. GARRETT, III., was then and there injured, both internally and externally and was

caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of

which injuries are permanent; and that he has been and will in the future be kept from attending to

his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment against the

Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, in an amount in excess of

THIRTY THOUSAND DOLLARS ($30,000.00) plus interest and costs of this suit.

_____
STEVEN M. DICKER
Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 W. Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

5

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED
6/21/2022 10:41 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18361363

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

FILED DATE: 6/21/2022 10:41 AM   2022L000397

| | | |
|---|---|---|
| JULIUS C. GARRETT, III., | ) | |
| | ) | No. 22 L 000397 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LGR TRUCKING INC. and | ) | |
| EDWARD D. SCHRODE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   **BY EMAIL**
Mr. Michael T. Terwilliger
Whitten Law Office LLC
450 Vale Park Road
Valparaiso, Indiana 46385

PLEASE TAKE NOTICE that on the _21st_ day of __June__, 2022, we filed with the Clerk of the Circuit Court of Cook County, Illinois the following **PLAINTIFF'S REPLY TO DEFENDANTS' AFFIRMATIVE DEFENSES** in accordance with the Rules of the Circuit Court of Cook County, the Rules of the Supreme Court of Illinois and the Code of Civil Procedure of the State of Illinois a copy of which is attached hereto and served upon you.

STEVEN M. DICKER
Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 West Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

FILED DATE: 6/21/2022 10:41 AM 2022L000397

STATE OF ILLINOIS          )
                           )SS
COUNTY OF C O O K          )


PROOF OF SERVICE

Under penalties as provided by Section 1-109 of the Illinois Code of Civil Procedure, I, STEVEN M. DICKER, state that I served the above notice by emailing a copy to the attorney listed above on the  22ND  day of  **June**  , 2022.

_____
STEVEN M. DICKER

2

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED
6/21/2022 10:47 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18361633

FILED DATE: 6/21/2022 10:47 AM   2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,          )
                                  )          No. 22 L 000397
          Plaintiff,          )
                                  )
vs.                               )
                                  )
LGR TRUCKING INC. and             )
EDWARD D. SCHRODE,                )
                                  )
          Defendants.          )

### NOTICE OF MOTION

TO:    **BY EMAIL**
       Mr. Michael T. Terwilliger
       Whitten Law Office LLC
       450 Vale Park Road
       Valparaiso, Indiana 46385

      On the __27th___ day of ___**June**_____, 2022, at __**9:00 a.m.**___ I shall electronically submit the attached: Motion for Leave to File Amended Complaint at Law to the __**Honorable John H. Ehrlich**___ via email address: LAW.CALHcc@cookcountyil.gov.

      To respond or object to this Motion, please email response or objection to LAW.CALHcc@cookcountyil.gov after 10:00 a.m. on the date set forth above, with a cc to all attorneys of record as listed here: sdicker@dickerlaw.net

      If no response or objection is emailed before 4:00 p.m. on the date set forth above, the Court will rule on the Motion and enter an order.

                             _____
                             Steven M. Dicker
                             Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 West Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

FILED DATE: 6/21/2022 10:47 AM 2022L000397

## PROOF OF SERVICE

Under penalties as provided by Section 1-109 of the Illinois Code of Civil Procedure, I, STEVEN M. DICKER. state that I served the above notice by emailing a copy to the attorney listed above on the 22ND day of ___**June**___, 2022.

STEVEN M. DICKER

2

FILED DATE: 6/30/2022 9:16 AM    2022L000397

FILED
6/30/2022 9:16 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18498267

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,                      )
                                              )
                    Plaintiff,                )       No. 22 L 000397
                                              )
vs.                                           )
                                              )
LGR TRUCKING INC. and                         )
EDWARD D. SCHRODE,                            )
                                              )
                    Defendants.               )

### NOTICE OF FILING

TO:     **BY EMAIL**
        Mr. Michael T. Terwilliger
        Whitten Law Office LLC
        450 Vale Park Road
        Valparaiso, Indiana 46385


        PLEASE TAKE NOTICE that on the __30th__ day of __June____, 2022, we filed with
the Clerk of the Circuit Court of Cook County, Illinois the following **PLAINTIFF'S
AMENDED COMPLAINT AT LAW** in accordance with the Rules of the Circuit Court of
Cook County, the Rules of the Supreme Court of Illinois and the Code of Civil Procedure of the
State of Illinois a copy of which is attached hereto and served upon you.



                                        _Steven M. Dicker_
                                        STEVEN M. DICKER
                                        Attorney for Plaintiff


**DICKER DICKER & RUIZ-#52742**
**300 West Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

FILED DATE: 6/30/2022 9:16 AM    2022L000397

STATE OF ILLINOIS        )
                         )SS
COUNTY OF C O O K        )


PROOF OF SERVICE

Under penalties as provided by Section 1-109 of the Illinois Code of Civil Procedure, I, STEVEN M. DICKER, state that I served the above notice by emailing a copy to the attorney listed above on the __**30**th__ day of __**June**_____, 2022.


STEVEN M. DICKER

2

FILED
6/30/2022 9:16 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18498267

FILED DATE: 6/30/2022 9:16 AM   2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III.,               )
                                       )     No. 22 L 000397
                    Plaintiff,         )
                                       )
vs.                                    )
                                       )
LGR TRUCKING INC., EDWARD D.           )
SCHRODE and J.W. EXPRESS, INC.         )
                                       )
                    Defendants.        )

## AMENDED COMPLAINT AT LAW
## COUNT I

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER

DICKER AND RUIZ, and complaining of the Defendants, LGR TRUCKING INC. and EDWARD

D. SCHRODE, and each of them, states as follows:

1.      That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public

roadway running in an easterly and westerly direction in the City of South Holland, County of Cook

and State of Illinois.

2.      That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C.

GARRETT, III., operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94

Overpass, in the City of South Holland, County of Cook and State of Illinois.

3.      That on February 14, 2020, and at all times relevant hereto, the Defendant, LGR

TRUCKING INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

4.      That on February 14, 2020, and at all times relevant hereto the Defendant, EDWARD

D. SCHRODE, operated a motor vehicle which was traveling in a westerly direction on 162nd Street

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

5.     That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, LGR TRUCKING INC.

6.     That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, LGR TRUCKING INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

7.     That at all times relevant hereto, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

8.     That at the time and place aforesaid, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

a.     Changed lanes when it was unsafe to do so;

b.     Changed lanes without activating his turn signal;

c.     Failed to keep a proper lookout for other vehicles on the roadway;

d.     Failed to keep their vehicle under control;

e.     Traveled at an excessive rate of speed;

f.     Traveled at a rate of speed that was too fast for weather and traffic conditions;

g.     Failed to adequately and properly maintain their vehicle in a safe condition;

FILED DATE: 6/30/2022 9:16 AM    2022L000397

h.      Were otherwise careless and negligent.

9.      That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, the Plaintiff, JULIUS C. GARRETT, III., was then and there injured, both internally and externally and was caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of which injuries are permanent; and that he has been and will in the future be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment against the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, in an amount in excess of THIRTY THOUSAND DOLLARS ($30,000.00) plus interest and costs of this suit.

## COUNT II

NOW COMES the Plaintiff, JULIUS C. GARRETT, III., by his attorneys, DICKER DICKER AND RUIZ, and complaining of the Defendants, J.W. EXPRESS, INC. and EDWARD D. SHRODE, and each of them, states as follows:

1.      That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public roadway running in an easterly and westerly direction in the City of South Holland, County of Cook and State of Illinois.

2.      That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C. GARRETT, III., operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

3.      That on February 14, 2020, and at all times relevant hereto, the Defendant, J.W. EXPRESS, INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street

FILED DATE: 6/30/2022 9:16 AM   2022L000397

3

FILED DATE: 6/30/2022 9:16 AM    2022L000397

at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

4.    That on February 14, 2020, and at all times relevant hereto the Defendant, EDWARD D. SCHRODE, operated a motor vehicle which was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

5.    That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, J.W. EXPRESS, INC.

6.    That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, J.W. EXPRESS, INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

7.    That at all times relevant hereto, the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

8.    That at the time and place aforesaid, the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

      a.    Changed lanes when it was unsafe to do so;

      b.    Changed lanes without activating his turn signal;

      c.    Failed to keep a proper lookout for other vehicles on the roadway;

      d.    Failed to keep their vehicle under control;

      e.    Traveled at an excessive rate of speed;

4

FILED DATE: 6/30/2022 9:16 AM   2022L000397

f.  Traveled at a rate of speed that was too
fast for weather and traffic conditions;

g.  Failed to adequately and properly maintain
their vehicle in a safe condition;

h.  Were otherwise careless and negligent.

9.  That as a direct and proximate result of one or more of the foregoing wrongful acts

or omissions of the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, the Plaintiff,

JULIUS C. GARRETT, III., was then and there injured, both internally and externally and was

caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of

which injuries are permanent; and that he has been and will in the future be kept from attending to

his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

WHEREFORE, the Plaintiff, JULIUS C. GARRETT, III., prays for judgment against the

Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, in an amount in excess of

THIRTY THOUSAND DOLLARS ($30,000.00) plus interest and costs of this suit.

STEVEN M. DICKER
Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 W. Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED DATE: 6/30/2022 11:58 AM  2022L000397

Attorney No. 49358

FILED
6/30/2022 11:58 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18503722

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JULIUS C. GARRETT, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.:   2022 L 000397 |
| LGR TRUCKING INC, EDWARD D. | ) Calendar H |
| SCRODE, and J.W. EXPRESS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### NOTICE OF FILING

TO:  Steven M. Dicker, Esq.
DICKER DICKER & RUIZ
sdicker@dickerlaw.net

PLEASE TAKE NOTICE that on June 30, 2022, I have filed with the Circuit Court of Cook County, Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois 60602, APPEARANCE FOR DEFENDANT J.W. EXPRESS, INC.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

/s/Michael T. Terwilliger
Michael T. Terwilliger
*Counsel for Defendants*

Michael T. Terwilliger, ARDC#6244004
WHITTEN LAW OFFICE LLC
450 Vale Park Road
Valparaiso, Indiana 46385
(219) 531-6719 Telephone
(219) 531-6471 Facsimile
mterwilliger@indycounsel.com

**CERTIFICATE OF SERVICE**

I hereby certified that on <u>June 30, 2022</u>, I electronically filed the foregoing document with the Illinois Circuit Court for Cook County by using the Cook County File & Serve Illinois system. I certify that I have also served all counsel of record via E-mail on this date.

Steven M. Dicker, Esq.
DICKER DICKER & RUIZ
<u>sdicker@dickerlaw.net</u>

***/s/Michael T. Terwilliger***
Michael T. Terwilliger

FILED DATE: 6/30/2022 11:58 AM   2022L000397

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED
6/30/2022 11:58 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18503722

FILED DATE: 6/30/2022 11:58 AM   2022L000397

Appearance/Jury Demand _____ (05/03/21) CCL 0530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III,

_____

**Plaintiff**

v.

LGR TRUCKING INC, EDWARD D. SCHRODE,
and J.W. EXPRESS, INC.

_____

**Defendant**

Case No. ___2022 L 000397___

Calendar: ___H_____

### APPEARANCE/JURY DEMAND

☑ **General Appearance**   ◉ 0900 - Appearance - Fee Paid

○ 0909 - Appearance- No Fee

○ 0904 - Appearance Filed - Fee Waived

☐ **Jury Demand**   ○ 1900 - Appearance & Jury Demand - Fee Paid

○ 1909 - Appearance & Jury Demand - No Fee

The undersigned enters the appearance of:   ○ Plaintiff   ◉ Defendant
○ Additional Party
○ Respondent-in-discovery

J.W. EXPRESS, INC. _____

_____

**Litigant's Name**

/s/   _Michael T. Terwilliger_____

**Signature**

☑ **INITIAL COUNSEL OF RECORD**   ☐ **PRO SE**
☐ **ADDITIONAL APPEARANCE**   ☐ **SUBSTITUTE APPEARANCE**

**A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.**

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
**cookcountyclerkofcourt.org**
Page 1 of 2

**Appearance/Jury Demand** (05/03/21) CCL 0530

FILED DATE: 6/30/2022 11:58 AM   2022L000397

⦿ **Atty. No.:** 49358      ◯ **Pro Se** 99500

**Name:** Michael T. Terwilliger

**Atty. for (if applicable):**

Defendants

**Address:** 450 Vale Park Road, Suite D

**City:** Valparaiso

**State:** IN    **Zip:** 46385

**Telephone:** 219-531-6719

**Primary Email:** mterwilliger@indycounsel.com

**Pro Se Only:**

☐   **I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:**

_____

FILED
7/6/2022 11:36 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18557020

Attorney No. 40353

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT, LAW DIVISION

JULIUS C. GARRETT, III,      )
                        )
      Plaintiff,      )
                        )
      v.             )    Case No.:   2022 L 000397
                        )    Calendar H
LGR TRUCKING INC, EDWARD D.  )
SCRODE, and J.W. EXPRESS, INC.,  )
                        )
      Defendants.      )
                        )
                        )

## ANSWER, AFFIRMATIVE DEFENSES AND
## DEMAND FOR TRIAL BY JURY

Defendants, LGR TRUCKING, INC., Edward D. Schrode, and J.W. EXPRESS, INC. ("defendants"), by counsel, and for their answer to plaintiff's amended complaint at law ("amended complaint"), state the following:

### COUNT I

1.    That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public roadway running in an easterly and westerly direction in the City of South Holland, County of Cook and State of Illinois.

**ANSWER:** Admitted.

2.    That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C. GARRETT, III, operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and. State of Illinois.

FILED DATE: 7/6/2022 11:36 AM   2022L000397

**ANSWER:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and therefore neither admit nor deny same but demand strict proof thereof.

3.     That on February 14, 2020, and at all times relevant hereto, the Defendant, LGR TRUCKING, INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and. State of Illinois.

**ANSWER:** Admitted.

4.     That on February 14, 2020, and at all times relevant hereto, the Defendant, EDWARD D. SCHRODE operated a motor vehicle which was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

**ANSWER:** Admitted.

5.     That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, LGR TRUCKING INC.

**ANSWER:** Denied.

6.     That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, LGR TRUCKING INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

**ANSWER:** Denied.

2

FILED DATE: 7/6/2022 11:36 AM   2022L000397

7.     That at all times relevant hereto, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

**ANSWER:** Defendants object to paragraph 7 as it contains a legal conclusion to which no response is required. To the extent a response is required, same is denied.

8.     That at all times relevant hereto, the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

a.     Changed lanes when it was unsafe to do so;

b.     Changed lanes without activating his turn signal;

c.     Failed to keep a proper lookout for other vehicles on the roadway;

d.     Failed to keep their vehicle under control;

e.     Traveled at an excessive rate of speed;

f.     Traveled at a rate of speed that was too fast for weather and traffic conditions;

g.     Failed to adequately and properly maintain their vehicle in a safe condition;

h.     Were otherwise careless and negligent.

**ANSWER:** Denied.

9.     That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants, LGR TRUCKING INC. and EDWARD D. SCHRODE, the Plaintiff, JULIUS C. GARRETT, III, was then and

FILED DATE: 7/6/2022 11:36 AM   2022L000397

there injured, both internally and externally and was caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of which injuries are permanent; and that he has been and will in the future be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

**ANSWER:** Denied.

**COUNT II**

1. That on February 14, 2020, and at all times relevant hereto, 162nd Street was a public roadway running in an easterly and westerly direction in the City of South Holland, County of Cook and State of Illinois.

**ANSWER:** Admitted.

2. That on February 14, 2020, and at all times relevant hereto, the Plaintiff, JULIUS C. GARRETT, III, operated a motor vehicle in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

**ANSWER:** Defendant are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 and therefore neither admit nor deny same but demand strict proof thereof.

3. That on February 14, 2020, and at all times relevant hereto, the Defendant, J.W. EXPRESS, INC., owned a motor vehicle that was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

**ANSWER:** Denied.

FILED DATE: 7/6/2022 11:36 AM  2022L000397

4.      That on February 14, 2020, and at all times relevant hereto, the Defendant, EDWARD D. SCHRODE operated a motor vehicle which was traveling in a westerly direction on 162nd Street at or near the I-94 Overpass, in the City of South Holland, County of Cook and State of Illinois.

**ANSWER:** Admitted.

5.      That at all times relevant hereto, the Defendant, EDWARD D. SCHRODE, was an agent, servant and/or employee of the Defendant, J.W. EXPRESS, INC.

**ANSWER:** Admitted.

6.      That at the time and place aforesaid, the vehicle which was operated by the Defendant, EDWARD D. SCHRODE, and owned by the Defendant, J.W. EXPRESS, INC., collided with the vehicle operated by the Plaintiff, JULIUS C. GARRETT, III.

**ANSWER:** Denied.

7.      That at all times relevant hereto, the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, and each of them, were under a duty to exercise reasonable care in the ownership and operation of their motor vehicle so as to not cause injuries and damage to persons and property in the vicinity.

**ANSWER:** Defendants object to paragraph 7 as it contains a legal conclusion to which no response is required. To the extent a response is required, same is denied.

FILED DATE: 7/6/2022 11:36 AM   2022L000397

8.    That at all times relevant hereto, the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, and each of them, breached the aforesaid duty in one or more of the following respects:

    a.    Changed lanes when it was unsafe to do so;

    b.    Changed lanes without activating his turn signal;

    c.    Failed to keep a proper lookout for other vehicles on the roadway;

    d.    Failed to keep their vehicle under control;

    e.    Traveled at an excessive rate of speed;

    f.    Traveled at a rate of speed that was too fast for weather and traffic conditions;

    g.    Failed to adequately and properly maintain their vehicle in a safe condition;

    h.    Were otherwise careless and negligent.

**ANSWER:** Denied.

9.    That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants, J.W. EXPRESS, INC. and EDWARD D. SCHRODE, the Plaintiff, JULIUS C. GARRETT, III, was then and there injured, both internally and externally and was caused to and did undergo great pain and discomfort, disfigurement and physical impairment, all of which injuries are permanent; and that he has been and will in the future be kept from attending to his ordinary affairs and duties, and has become liable for large sums of money for medical treatment.

**ANSWER:** Denied.

FILED DATE: 7/6/2022 11:36 AM   2022L000397

## AFFIRMATIVE DEFENSES

Defendants, LGR TRUCKING, INC., Edward D. Schrode, and J.W. EXPRESS, INC., by counsel, assert the following affirmative defenses to plaintiff's amended complaint, in the alternative and without assuming the burden of proof for matters for which the burden is not imposed upon the responding party under law:

## FIRST AFFIRMATIVE DEFENSE

1.  Plaintiff filed an amended complaint alleging damages arising out of an occurrence which purportedly took place on February 14, 2020.

2.  At the time of the occurrence, there was in full force and effect a certain statute known as Ill. Rev. Stat., Ch. 110, § 2-1116, said statute being effective as of November 25, 1986, which provides as follows:

> In all actions on account of bodily injury, death or physical damage to property based on negligence, or product liability based on strict tort liability, the plaintiff shall be barred from recovering damages if the trier of fact finds that the contributory fault on the part of the plaintiff is more than fifty percent of the  proximate cause of the injury or damage for which the recovery is sought. The plaintiff shall not be barred from recovering damages if the trier of fact finds that the contributory fault on the part of the plaintiff is not more than fifty percent of the proximate cause of the injury or damage to which recovery is sought, but any damages allowed shall be diminished in the proportion to the amount of fault attributable to the plaintiff.

(Emphasis added) (Ill. Rev. Stat., 1986; Ch. 110, § 2-1116.)

3.  Plaintiff owed a duty to refrain from negligence at all times relevant and to take good and proper care for plaintiff's own safety.

4.  Plaintiff's own careless and negligent conduct caused or contributed to cause the injuries, expenses, pecuniary losses and other damages for which plaintiff seeks compensation in this lawsuit.

7

FILED DATE: 7/6/2022 11:36 AM    2022L000397

5. On February 14, 2020, plaintiff was guilty of one or more of the following careless and negligent acts and/or omissions:

   a. Operated said motor vehicle in a careless, reckless, and negligent manner;

   b. Negligently, carelessly, and recklessly failed to maintain a proper lookout;

   c. Negligently, carelessly, and recklessly operated said motor vehicle at a speed which was greater than posted or reasonable under the circumstances;

   d. Negligently, carelessly and recklessly failed to stop motor vehicle when danger of a collision was imminent;

   e. Negligently, carelessly and recklessly failed to yield the right of way to defendants' or third-parties motor vehicle(s);

   f. Negligently, carelessly and recklessly failed to maintain a safe and reasonable distance from Defendants' or third-parties motor vehicle(s);

   g. Negligently, carelessly and recklessly followed too closely to Defendants' or third-parties motor vehicle(s);

   h. Negligently, carelessly and recklessly failed to apply the brakes of said motor vehicle in order to avoid collision;

   i. Was otherwise negligent and careless in the operation of said motor vehicle.

6. In the event that plaintiff was more than fifty percent (50%) at fault in causing the injuries, or that plaintiff's actions were the sole proximate cause of said accident, then plaintiff is barred from recovery.

**SECOND AFFIRMATIVE DEFENSE**

1. Plaintiff filed an amended complaint alleging damages arising out of an occurrence which purportedly took place on February 14, 2020.

8

FILED DATE: 7/6/2022 11:36 AM    2022L000397

2.     At all times relevant hereto, there was in full force and effect a certain statute known as 735 ILCS 5/2-1117, which provides as follows:

> Except as provided in § 2-1118, in actions on account of bodily injury or death or physical damage to property, based on negligence, or product liability based on strict tort liability, all defendants found liable are jointly and severally liable for plaintiffs past and future medical and medically related expenses. Any defendant whose fault, as determined by the trier of fact, is less than twenty-five percent of the total fault attributable to the plaintiff, the defendants sued by the plaintiff, and any third party defendant who could have been sued by the plaintiff, shall be severally liable for all of the damages. Any defendant whose fault, as determined by the trier of fact, is twenty-five percent or greater of the total fault attributable to the plaintiff, the defendants sued by the plaintiff and any third party defendants who could have been sued by the plaintiff, shall be jointly and severally liable for all other damages.

3.     In the event that defendants are found liable for damages allegedly sustained by the plaintiff, and any fault on behalf of defendants constitutes less than twenty-five percent of the total fault attributable to the plaintiff, the defendants sued by the plaintiff, and any third-party defendant who could have been sued by the plaintiff, then defendants shall only be severally liable for certain damages, as set forth in the statute.

### THIRD AFFIRMATIVE DEFENSE

1.     Defendants had no control over the actions of plaintiff or other persons at the time of the occurrence.

2.     Accordingly, to the extent that plaintiff's claimed injuries, if any, were caused in whole or in part by an intervening and/or superseding cause(s) unrelated to any acts or omissions of defendants, damages are barred.

FILED DATE: 7/6/2022 11:36 AM   2022L000397

## FOURTH AFFIRMATIVE DEFENSE

1.      Any amount paid by any third person or corporation because of any damage, loss or expense, or injury to plaintiff should be offset and/or credited against any judgment that might be rendered in favor of plaintiff and against defendants as partial satisfaction of plaintiff's damages.

2.      Defendants respectfully pray that any judgment in favor of plaintiff be reduced in proportion to any amount paid by a third person or corporation as a result of the occurrence alleged in plaintiff's amended complaint, and that defendants be awarded their costs and such other relief as the Court may deem to be just and proper.

## FIFTH AFFIRMATIVE DEFENSE

The accident, injuries, and damages alleged in the amended complaint were proximately cause by a person or persons other than defendants, over whom defendants exercised no control or right of control, or for whose act(s) or failure(s) to act defendants are not liable or responsible.

## SIXTH AFFIRMATIVE DEFENSE

Any act(s) or omission(s) to act by defendants was/were not the proximate cause of this accident.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants did not own any duty(ies) to the plaintiff at the time and place mentioned in the amended complaint. If any duties are owed by defendants, they properly performed each and every duty owed.

FILED DATE: 7/6/2022 11:36 AM   2022L000397

## EIGHTH AFFIRMATIVE DEFENSE

Defendants assert that LGR TRUCKING, INC. is simply a leasing company and J.W. EXPRESS, INC. was the appropriate motor carrier at the time and place mentioned in the amended complaint. As a result, J.W. EXPRESS, INC. and not LGR TRUCKING, INC. is the proper defendant such that LGR TRUCKING, INC. is an improper and mis-joined defendant pursuant to 735 ILCS 5/2-407 and should be dismissed.

## RESERVATION OF RIGHTS

Defendants reserve the right to assert additional affirmative defenses that may become apparent during the course of this action.

**WHEREFORE,** defendants pray for judgment in their favor and against plaintiff, and for such other and further relief as this Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Defendants, LGR TRUCKING, INC., Edward D. Schrode, and J.W. EXPRESS, INC., by counsel, respectfully demand that this case be tried by jury.

Respectfully submitted,

WHITTEN LAW OFFICE LLC


*/s/Michael T. Terwilliger*
Michael T. Terwilliger
*Counsel for Defendants*

11

FILED DATE: 7/6/2022 11:36 AM  2022L000397

Michael T. Terwilliger, ARDC#6244004
WHITTEN LAW OFFICE LLC
450 Vale Park Road
Valparaiso, Indiana 46385
(219) 531-6719 Telephone
(219) 531-6471 Facsimile
mterwilliger@indycounsel.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certified that on <u>July 6, 2022</u>, I electronically filed the foregoing document with the Illinois Circuit Court for Cook County by using the Cook County File & Serve Illinois system. I certify that I have also served all counsel of record via E-mail on this date.

Steven M. Dicker, Esq.
DICKER DICKER & RUIZ
sdicker@dickerlaw.net

*/s/Michael T. Terwilliger*
Michael T. Terwilliger

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, H

FILED
7/11/2022 1:46 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18617470

FILED DATE: 7/11/2022 1:46 PM    2022L000397

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JULIUS C. GARRETT, III., | ) |
| | ) |
| Plaintiff, | )    No. 22 L 000397 |
| | ) |
| vs. | ) |
| | ) |
| LGR TRUCKING INC. and | ) |
| EDWARD D. SCHRODE, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:    **BY EMAIL**
     Mr. Michael T. Terwilliger
     Whitten Law Office LLC
     450 Vale Park Road
     Valparaiso, Indiana 46385

       PLEASE TAKE NOTICE that on the **11ᵗʰ** day of **July**, 2022, we filed with the Clerk of the Circuit Court of Cook County, Illinois the following **PLAINTIFF'S RESPONSE TO REQUESTS FOR ADMISSION** in accordance with the Rules of the Circuit Court of Cook County, the Rules of the Supreme Court of Illinois and the Code of Civil Procedure of the State of Illinois a copy of which is attached hereto and served upon you.

                     _Steven M. Dicker_
                     STEVEN M. DICKER
                     Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 West Adams Street**
**Suite 330**
**Chicago, Illinois 60606**
**(312) 853-3485**

FILED DATE: 7/11/2022 1:46 PM   2022L000397

STATE OF ILLINOIS      )
                        )SS
COUNTY OF C O O K   )

### PROOF OF SERVICE

      Under penalties as provided by Section 1-109 of the Illinois Code of Civil Procedure, I, STEVEN M. DICKER, state that I served the above notice by emailing a copy to the attorney listed above on the __**11**th__ day of __**July**_____, 2022.

                                     _____
                                     STEVEN M. DICKER

2

FILED DATE: 7/11/2022 1:46 PM   2022L000397

FILED
7/11/2022 1:46 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L000397
Calendar, H
18617470

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JULIUS C. GARRETT, III., | ) | |
| | ) | No. 22 L 000397 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LGR TRUCKING INC. and | ) | |
| EDWARD D. SCHRODE, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RESPONSE TO REQUESTS FOR ADMISSION

1.   The total of all of Plaintiff's damages arising from the accident for which Plaintiff seeks compensation does not exceed $75,000.00.

   **RESPONSE:** Denies.

2.   Plaintiff will not seek damages from the Defendants in excess of $75,000.00 at the trial of this matter.

   **RESPONSE:** Denies.

_____
Steven M. Dicker
Attorney for Plaintiff

**DICKER DICKER & RUIZ-#52742**
**300 West Adams Street**
**Suite 330**
**Chicago, Illinois  60606**
**(312) 853-3485**